**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

FORM 1 | | | | | Page No: 1

| Case No.: | 19-65983 | | | Trustee Name: | Jordan E. Lubin |
| Case Name: | ENTERA WORK COMP SOLUTIONS, LLC | | | Date Filed (f) or Converted (c): | 10/04/2019 (f) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 11/12/2019 |
| | | | | Claims Bar Date: | 10/04/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  A/R Over 90 days old. | $170,568.92 | $0.00 | | $0.00 | FA |
| 2  Claim against Employers Work Comp, LLC. | $213,636.05 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$384,204.97      $0.00      $0.00      $0.00

**Major Activities affecting case closing:**

06/20/2022  This case is related to the Entera Holdings, LLC ("Holdings"). Mediation for the adversary is scheduled for July 19, 2022. Motions to substantively consolidate this case with Holdings are pending before the Court.

Initial Projected Date Of Final Report (TFR): 10/04/2021     Current Projected Date Of Final Report (TFR): 12/31/2022     /s/ JORDAN E. LUBIN

JORDAN E. LUBIN